# COHEN, WEISS AND SIMON LLP
### COUNSELLORS AT LAW
### 330 WEST 42ND STREET
### NEW YORK, N.Y. 10036-6976

(212) 563-4100

WRITER'S DIRECT INFORMATION:

PHONE: (212) 356-0243
FAX: (646) 473-8243
E-MAIL: ZLEEDS@CWSNY.COM

BRUCE H. SIMON
ROBERT S. SAVELSON
STEPHEN B. MOLDOF
MICHAEL E. ABRAM
KEITH E. SECULAR
PETER HERMAN
RICHARD M. SELTZER
JANI K. RACHELSON
BABETTE CECCOTTI*
SUSAN DAVIS*
MICHAEL L. WINSTON
THOMAS N. CIANTRA
JOSEPH J. VITALE*
PETER D. DECHIARA
LISA M. GOMEZ*
BRUCE S. LEVINE
TRAVIS M. MASTRODDI

SAMUEL J. COHEN (1908-1991)
HENRY WEISS (1910-2004)

RICHARD C. HARMON
SENIOR ATTORNEY

DAVID R. HOCK*
CLAIRE TUCK*
MARCELLE J. HENRY
EVAN HUDSON-PLUSH*
MICHAEL S. ADLER*
JOSHUA ELLISON*
ZACHARY N. LEEDS*
TZVI MACKSON
NOELIA E. HURTADO
DANYA AHMED*
KATE M. SWEARENGEN**

\* ALSO ADMITTED IN NJ
\*\* ADMITTED IN NJ ONLY

February 24, 2012

<u>By Electronic Case Filing and Regular Mail</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>Ferrara et al. v. Persico Contracting & Trucking Inc.,
     09-CV-3407 (KAM)(RER)</u>

Dear Judge Matsumoto:

  This firm is counsel to Plaintiffs in this case. Enclosed please find a courtesy copy of the Stipulation of Dismissal of the case. The parties respectfully request that the Court endorse the Stipulation and close the case, as well as the Stipulation and Order of Settlement filed on February 10, 2012.

  Thank you for your attention to this matter.

             Respectfully submitted,

             /s/ Zachary N. Leeds

Enclosure

cc: Clifford H. Greene, Esq. (by ECF)

00213090.1



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
JOSEPH A. FERRARA, SR., FRANK H. FINKEL,
MARC HERBST, THOMAS N. PIALI, DENISE
RICHARDSON, ANTHONY D'AQUILA,
THOMAS GESUALDI, LOUIS BISIGNANO,        :   Civil Action No.: 09-CV-3407
DOMINICK MARROCCO, and ANTHONY           :   (KAM)(RER)
PIROZZI, as Trustees and Fiduciaries of the Local
282 Welfare Trust Fund, the Local 282 Pension
Trust Fund, the Local 282 Annuity Trust Fund, the
Local 282 Job Training Trust Fund, and the Local
282 Vacation and Sick Leave Trust Fund,

                     Plaintiffs,       :   **STIPULATION**
                                          **OF DISMISSAL**

    - against -

PERSICO CONTRACTING & TRUCKING, INC.,

                     Defendant.
----------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by the attorneys for the parties that all claims and counterclaims in this case are hereby dismissed pursuant to the Stipulation and Order of Settlement filed with the Court on February 10, 2012 ("Settlement"), with plaintiffs reserving the right to reopen the matter, and take any action pursuant to the Settlement, and the Court retaining jurisdiction to enforce the Settlement, including the Consent Judgment attached thereto.

By: /s/ Clifford Greene                    By: /s/ Zachary N. Leeds
CLIFFORD H. GREENE & ASSOCIATES            COHEN, WEISS AND SIMON LLP
145 Huguenot Street, Suite 402             330 West 42nd Street
New Rochelle, NY 10801                     New York, New York 10036
*Attorneys for Defendant*                  *Attorneys for Plaintiffs*


SO ORDERED.


Dated: _____              _____
       Brooklyn, New York              THE HONORABLE KIYO A. MATSUMOTO

00213515.1