UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JOSEPH A. FERRARA, SR., FRANK H. FINKEL,
MARC HERBST, THOMAS N. PIALI, DENISE
RICHARDSON, ANTHONY D'AQUILA,
THOMAS GESUALDI, LOUIS BISIGNANO,
DOMINICK MARROCCO, and ANTHONY
PIROZZI, as Trustees and Fiduciaries of the Local
282 Welfare Trust Fund, the Local 282 Pension
Trust Fund, the Local 282 Annuity Trust Fund, the
Local 282 Job Training Trust Fund, and the Local
282 Vacation and Sick Leave Trust Fund,

                          Plaintiffs,

    - against -

PERSICO CONTRACTING & TRUCKING, INC.,

                          Defendant.
------------------------------------------------------------ x

Civil Action No.: 09-CV-3407
(KAM)(RER)

**STIPULATION
OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the attorneys for the parties that all claims and counterclaims in this case are hereby dismissed pursuant to the Stipulation and Order of Settlement filed with the Court on February 10, 2012 ("Settlement"), with plaintiffs reserving the right to reopen the matter, and take any action pursuant to the Settlement, and the Court retaining jurisdiction to enforce the Settlement, including the Consent Judgment attached thereto.

By: /s/ Clifford Greene
CLIFFORD H. GREENE & ASSOCIATES
145 Huguenot Street, Suite 402
New Rochelle, NY 10801
*Attorneys for Defendant*

By: /s/ Zachary N. Leeds
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036
*Attorneys for Plaintiffs*

SO ORDERED.

                                    s/KAM

Dated: 02/27/12
       Brooklyn, New York       THE HONORABLE KIYO A. MATSUMOTO

00213515.1